UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | Case No. 2:24-cv-1770-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| MICHELLE, *et al.*, | |
| Defendants. | |

On February 12, 2025, plaintiff filed a document titled "Second Amended Complaint." ECF No. 13. However, after reviewing that complaint and the complaint filed in plaintiff's new case, 2:25-cv-0880-EFB, it appears that ECF No. 12 should have been filed in the plaintiff's other action. Accordingly, the Clerk of Court is directed to file a copy of this order and plaintiff's Second Amended Complaint, ECF No. 12, in *James v. Unknown Federal Bureau of Investigation Agent*, 2:25-cv-0880-EFB.

IT IS SO ORDERED.

Dated: __March 21, 2025__                              _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

1