UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE JAMES,

Plaintiff,

v.

UNKNOWN FEDERAL BUREAU OF INVESTIGATION AGENTS, et al.,

Defendants.

No. 2:25-cv-00880-EFB (PC)

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a courtesy copy of the second amended complaint and its attachments. ECF No. 18. According to plaintiff, his copy was lost by prison officials, and he cannot afford the $144 required by the court to copy the complaint for him. *Id.*

Plaintiff's request is GRANTED, and the Clerk of Court is directed to provide plaintiff with a one-time courtesy copy of the second amended complaint with attachments (ECF No. 11).

SO ORDERED.

Dated: June 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1