UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br>Plaintiff,<br>v.<br>UNKNOWN FBI AGENTS, et al.,<br>Defendants. | No. 2:25-cv-00880-DAD-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). He seeks an extension of time to file an amended complaint. ECF No. 32.

The motion is GRANTED, and plaintiff shall file the amended complaint on or before November 19, 2026.

So ordered.

Dated: October 20, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE